**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 6 MAL 2021

Respondent               :

                                      :   Petition for Allowance of Appeal

                                      :   from the Order of the Superior Court

v.                       :

                                      :

TIMOTHY LEE JACOBS JR.,       :

                                      :

Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.